UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE LAWYERS' COMMITTEE FOR 9/11 INQUIRY, INC.,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **CHRISTOPHER A. WRAY,** *et al.*, <br><br> Defendants. | Case No. 1:19-cv-00824 (TNM) |

## ORDER

Upon consideration of Defendants' Motion to Dismiss, the pleadings, relevant law, and related legal memoranda in opposition and support, for the reasons set forth in the accompanying Memorandum Opinion it is hereby

**ORDERED** that Defendants' [12] Motion to Dismiss is GRANTED.

**SO ORDERED**.

The Clerk of the Court is directed to close the case.  This is a final, appealable Order.

Dated: January 3, 2020                                                TREVOR N. MCFADDEN, U.S.D.J.